### (October 28, 1940.)

HARRY B. HAMMOND, Respondent, v. CITIZENS NATIONAL BANK OF POTSDAM, NEW YORK, Appellant.— Motion denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

### (October 31, 1940.)

In the Matter of the Application for the Revocation and Annulment of the Dental License and Registration of Dr. PHILIP BENDER, JR.— Motion to prosecute appeal as a poor person on typewritten record granted, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Application of JOHN CARNEVALE, Petitioner, against Hon. JAMES W. LIDDLE, as County Judge of Schenectady County, Impleading Hon. THOMAS W. WALLACE, as District Attorney for Schenectady County, Respondents.— Motion for leave to prosecute appeal as a poor person denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.